COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        William J. Gonyea Junior v. Orian Scott

Appellate case number:    01-16-00292-CV

Trial court case number:  2014-51066

Trial court:                      152nd District Court of Harris County

On October 4, 2016, this Court issued an order, abating the appeal and directing the trial court to file findings regarding whether the portion of the reporter's record recorded by Peggy Hershelman was necessary to the issues appellant intended to raise on appeal.  On November 3, 2016, a supplemental clerk's record was filed containing the trial court's findings.  The trial court found that the Hershelman reporter's record was relevant but not necessary to the appeal. The trial court found that appellant was required to pay for preparation of the additional reporter's record.

Accordingly, we lift the abatement, reinstate the appeal on the active docket and order the remaining portion of the reporter's record to be filed **on or before December 20, 2016** at appellant's cost.  Appellant's brief shall be filed **on or before January 19, 2017**.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                            ☒  Acting individually

Date:  <u>December 1, 2016</u>